UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JORGE ANGEL LUNA,<br><br>          Petitioner,<br><br>   v.<br><br>KRISTI NOEM, et al.,<br><br>          Respondents. | Case No. 2:25-cv-02504-TMC<br><br>ORDER GRANTING UNOPPOSED MOTION FOR AMENDED BRIEFING SCHEDULE |

Having reviewed Petitioner's unopposed motion for amended briefing schedule (Dkt. 5), the Court GRANTS the motion and ORDERS:

1. Respondents shall file a return to the habeas petition no later than December 16, 2025. Any arguments that the petition should be dismissed shall be made in the return and not by separate motion.

2. Any traverse Petitioner wishes to file shall be due by December 17, 2025. The clerk shall re-note the matter for December 17, 2025.

Dated this 15th day of December, 2025.

Tiffany M. Cartwright
United States District Judge

ORDER GRANTING UNOPPOSED MOTION FOR AMENDED BRIEFING SCHEDULE - 1